IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MICHAEL MORRIS,

      Plaintiff,                                     ORDER

v.

                                            Case No.   15-cv-712-wmc

TAMMY DICKMAN, *et al.*

      Defendants.

Plaintiff's $0.56 initial partial payment in this case was due on January 8, 2016.  On January 7, 2016, the court received $0.48 of the $0.56 payment.  Plaintiff still owes $0.08 of the $0.56 initial partial filing fee.  Plaintiff has now filed a motion to accept late payment, a second motion for an extension of time and a motion for order directing payment.  (Dkts. #12, #14, #15).  As the court will be accepting the $0.48 payment as fulfilling his required initial partial payment, plaintiff's motions will be denied as moot.

Plaintiff's motions and supporting documentation show that the only money available to him to pay his initial partial payment is the $0.48, which he has sent to the court. Further, attached to plaintiff's submissions are several disbursement requests and letters showing his repeated, but unsuccessful, attempts to obtain the entire $0.56 payment.  As the court is satisfied that plaintiff is incapable of paying the full $0.56, pursuant to 28 § 1915(b)(4), it will accept this amount as the initial partial payment in this case.

ORDER

IT IS ORDERED that,

1.      Plaintiff Michael Morris's $0.48 payment is accepted as the initial partial payment of the $350 filing fee for filing this case.

1

2.      Plaintiff's motion to accept late payment (dkt. #12), motion for extension of time (dkt. #14) and motion for order (dkt. #15) are DENIED as moot.

3.      No further action will be taken in this case until the court has screened the complaint as required by the Prisoner Litigation Reform Act, 28 U.S.C. § 1915(e)(2).  Once the screening process is complete, a separate order will issue.


Entered this 19th day of January, 2016.


BY THE COURT:


/s/
PETER OPPENEER
Magistrate Judge