IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MICHAEL MORRIS,

    Plaintiff,

v.

TAMMY DICKMAN, DAVID C. RICE and
DIANE FREMGEN,

    Defendants.

JUDGMENT IN A CIVIL CASE

15-cv-712-wmc

This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants:

(1) denying plaintiff Michael Morris leave to proceed and dismissing his claims against David C. Rice; and

(2) granting summary judgment in favor of Tammy Dickman and Diane Fremgen and dismissing this case.

| /s/ | 9/27/2017 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |