IN the United States DISTRICT COURT
For the Western District of Wisconsin

Michael Morris
   Plaintiff

v.

Tammy Dickman, et al
   Defendants

To: The Clerk of Courts

15-cv-712-wmc

## NOTICE OF APPEAL

Notice is hereby given that Michael Morris, plaintiff in the above named case, hereby appeal to the United States Court of Appeals for the Seventh Circuit from the final Judgement from the order granting the Defendants motion to dismiss — entered in this action on the 27th day of September 2017.

10/5/17

Michael Morris
Michael Morris
WSPF P.O. Box 9900
Boscobel, Wi.
53805.

Note only to be filed if my 10/2/17 Motion to Alter Judgement is not forwarded to Judge Conley. Motion for Clarification Enclosed.