UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

Michael Morris
   Plaintiff

   V                                                  15-cv-712

Tammy Dickman, et al
   Defendants  Supplemental

### Notice of Appeal with Defendants/Dft Statement

Notice is hereby given that Michael Morris plaintiff in the above named case hereby appeals to the United States Court of Appeals, Seventh Circuit from the final Judgement of the Western District Court of Wisconsin granting the Defendants Motion to Dismiss on 9/27/17. For Tammy Dickman and Diane Fremgen.

Respectfully Submitted
Michael Morris

Michael Morris
WSPF P.O Box 9900
Boscobel, WI 53805.

10/6/17

Previous Appeal Notice didnt have named Defendants