UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

Michael Morris
    Plaintiff/Appellant

15-cv-712
New No. 17-3074
~~37 page request to Amend Enclosed.~~

v

Tammy Dickman, et al.
    Defendants/Appellees.

## Amended Notice of Appeal Pursuant to Courts 10/11/17 Order.

Notice is hereby given that Michael Morris, plaintiff in the above entitled case, hereby appeal to the United States Court of Appeals for the Seventh Circuit from the final Judgement in favor of the defendants Tammy Dickman and Diane Frengen, granting their Motion to Dismiss on 9/27/17 and the denial to decide the Motion to Alter the Judgement pursuant to Fed.R.Civ.P., rule 59(e) filed on 10/5/17. I request clerk verify not send motion to court be failed to responde.

Please note, I'm also refiling Motion to Proceed in Forma Pauperous. Aff. and Docketing Statement under 17-3074 since All other documents were under 17-3053; request slip to send 6 mo. statement for 17-3074.

10/15/17, 17 pages, Motion to proceed in Forma pauperous 3 copies, extra for defendants 2 trans. statements, Docketing Statement, with request for legal loan extension, Motion for Voluntary Dismissal of 17-3074 request slip to mail in immidiately to Law Clerk & page added 18 pages.

Michael Morris
Michael Morris
WSPF P.O. Box 9900
Boscobel, Wi 53805

### Certificate of Service

This is to certify that on this 15th day of October 2017 a true and correct copy of this document has been forwarded to Counsel of Record as indicated below, via E-filing system.

Mike Morris

Corey Finklemeyer
Asst. Att. General
Dept of Justice
P.O. Box 7857
Madison Wi. 53707

Please note, There's no record of a Motion for Proceeding In Forma Pauperous in 17-3074. All the Motions and Affidavits were for 17-3053. The Clerk of Courts Deliberately Asked for 17-3053 be dismissed when it was actually 17-3074 I requested be dismissed see Actual motion and reciept enclosed. I've changed all dates on the Motion to proceed, Aff. Docketing Statement and trans. Statement. They were All for 17-3053. Also enclosed a request to change 6 month Statement for 17-3053 to 17-3074. Sorry for the trouble.

1