IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MICHAEL MORRIS,

    Plaintiff,

v.

TAMMY DICKMAN, et al.

    Defendants.

ORDER

Appeal Nos. 17-3074
17-3128
Case No. 15-cv-712-wmc

On July 31, 2018, the court entered an order allowing plaintiff Michael Morris leave to proceed *in forma pauperis* on appeal and assessing plaintiff initial partial payments of $2.09 for appeal no. 17-3074 and $2.09 for appeal no. 17-3128. (Dkt. #149.) On August 15, 2018, Morris filed a motion to reconsider the $2.09 initial partial payment assessed to him for each appeal. (Dkt. #150.) In particular, Morris requests that the court waive the $2.09 initial partial payment assessed for each appeal, and in support submits a trust fund account statement covering from August 4, 2018, through August 10, 2018. While the court will grant Morris's motion for reconsideration in part by recalculating the fees assessed to him for filing each appeal, the court will deny his request to waive the fees altogether.

On August 22, 2018, Morris filed a certified six-month trust fund account statement (dkt. #117) in his other lawsuit before this court, case no. 15-cv-564-wmc. Since that statement covers the six-month period of time the court requested, it will refer to that statement for purposes of this case. Using this trust account statement, the court will reassess Morris's initial partial appeal fee to be $0.40 for appeal no. 17-3074 and $0.40 for appeal no. 17-3128. Morris may have until September 19, 2018 to submit each of the $0.40 initial partial fees for appeal no. 17-3074 and appeal no. 17-3128.

ORDER

IT IS ORDERED that,

1. Plaintiff Michael Morris's motion to reconsider the $2.09 initial partial filing, (dkt. #150) is GRANTED IN PART and DENIED IN PART, as provided above.

2. Morris is reassessed an initial partial appeal fee of $0.40 for appeal no. 17-3074 and $0.40 for appeal no. 17-3128, which is due by September 19, 2018.

3. Morris is advised that if he fails to make the initial partial fee payments as directed, the clerk's office will alert the Seventh Circuit, which may result in the dismissal of his appeal(s).

Entered this 30th day of August, 2018.

BY THE COURT:

/s/

WILLIAM M. CONLEY
District Judge