UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

Michael Morris
Plaintiff/Appellant

v.

Tammy Dickman, et al.
Defendant/Appellee

17-3074 / 17-1463

AMENDED NOTICE OF APPEAL

Notice is hereby given that due to recent developments exh 1 the Appellant wishes to Amend his notice of Appeal for case 17-3074 to include the filing fee issue for a companion appeal 17-1463, and the issue of whether he is required to pay the filing fee for requesting to appeal

grounds as follows

1. When I notice that they began to take the fee for 17-1463 — a few weeks back I wrote the District Court and requested they send me your order to collect the fee.

2. On August 30th I received exh 1 its a order from the district to pay this fee. In the law library they have a document from a clerk in your court that says only if the appeal is actually taken can the fee be collected. This court denied me the appeal right. Moreover the dist court said it was in bad faith.

So I wish to include this in my appeal of 17-3074.

Michael Morris
Michael Morris
USP P.O.Box 1000
Boscobel, WI 53805

Certificate of Service

I will E file the defendants a copy of this as well on 9/17/18.

Michael Morris